John J. Talton, Chapter 13 Trustee

Check No. 805907

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11871 | 004-0 | MARGARET TURNER<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX  77631-1568 | | 0.00 | 747.06 | 0.00 | 747.06 |
| 05-10057 | 001-0 | JOHN KIRK BLOUNT<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | xxxxxxxxxxxx7818 | 493.75 | 30.71 | 0.00 | 30.71 |
| 05-10219 | 014-0 | ANTHONY GUIDRY<br>Original Check written to:<br>NCO FINANCIAL SYSTEMS INC<br>P O BOX 7400<br>PHILADELPHIA, PA  19101 | xxxxxxxxxxxxxxxxxxx3785 | 985.10 | 14.90 | 0.00 | 14.90 |
| 05-10817 | 002-0 | CHARLES A JACKSON<br>Original Check written to:<br>GMAC<br>P O BOX 901009<br>FT WORTH, TX  76101 | 4913 | 3,572.63 | 102.16 | 0.00 | 102.16 |
| 05-10817 | 006-0 | CHARLES A JACKSON<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx1610 | 593.61 | 16.97 | 0.00 | 16.97 |
| 05-11133 | 003-0 | SEAN P SULLIVAN<br>Original Check written to:<br>LAW OFFICE OF NORMAN A DESMARAIS,JR<br>3800 PARK LANE<br>PORT ARTHUR, TX  77642 | xxxxxxxxxxxx056F | 2,020.12 | 105.37 | 0.00 | 105.37 |
| 05-90046 | 009-0 | GUY CLEVELAND CAMMACK III<br>Original Check written to:<br>CITICORP TRUST BANK FSB<br>ATTN: BANKRUPTCY PROCESSING<br>P O BOX 168728<br>IRVING, TX  75016-8728 | xxx0699 | 0.00 | 57.90 | 0.00 | 57.90 |